DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BRANDEN ISSAC WABE,

Appellant,

v.

FAIRWINDS CREDIT UNION,

Appellee.

No. 2D2025-0778

_____

February 6, 2026

Appeal from the Circuit Court for Pinellas County; Rebecca Louise Hamilton, Judge.

Branden Isaac Wabe, pro se.

James E. Sorenson of Sorenson Van Leuven, PLLC, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.